IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01897-PAB-CBS

OTO SOFTWARE, INC.,
a Texas corporation,

      Plaintiff,

v.

HIGHWALL TECHNOLOGIES, LLC,
a Florida limited liability company;
RICH SWIER; and
MOBILESECURE, INC.,
a Massachusetts corporation,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion Protective Order (*doc. no. 22*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 22-2*) is accepted by the court.

      The parties are reminded that they will be required to fully comply with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

      Pursuant to D.C.COLOL.CIVR. 10.1I it is noted that the proper case number for this action is **08-cv-01897-PAB-CBS**. Counsel are directed to edit their records accordingly.


**DATED:**      February 9, 2009