**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   08-cv-01897-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 26, 2010** | **Courtroom Deputy:**   Linda Kahoe |

OTO SOFTWARE, INC.,                                                    Peter R. Bornstein

      Plaintiff,

      v.

HIGHWALL TECHNOLOGIES, LLC,
RICH SWIER,
MOBILESECURE, INC.,                                                    John 'Jack' Markham Tanner

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:    TELEPHONIC STATUS CONFERENCE**
**Court in session:        8:02 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the report and deposition of Mr. Rogers.

Discussion regarding supplementation of Summary Judgment Motions.

The court suggests that counsel negotiate a protocol that will allow MobileSecure an opportunity to take the deposition, and that will allow MobileSecure an opportunity to make an informed decision on how it wants to proceed *vis-a-vis* an expert.

The court suggests that Mr. Bornstein file an unopposed motion for leave to file a supplemental response and attach the repot.  Mr. Bornstein should explain what the protocol is that he intends to follow.

**ORDERED:**    The Amended Motion for Summary Judgment, #[70] is **HELD IN ABEYANCE** pending supplemental briefing.

**ORDERED:**    The Final Pretrial Conference currently set for March 23, 2010 is **VACATED**.  The court will set a new date for a Final Pretrial Conference in a Telephonic Status Conference with counsel after receipt of the parties' submission.

HEARING CONCLUDED.
**Court in recess:        8:18 a.m.**
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.