# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01897-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: **June 8, 2010** | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| OTO SOFTWARE, INC., | Peter R. Bornstein |
| Plaintiff, | |
| v. | |
| HIGHWALL TECHNOLOGIES, LLC, | *No appearance* |
| RICH SWIER, | *No appearance* |
| MOBILESECURE, INC., | John (Jack) Markham Tanner |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 9:29 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion for Clerk's Entry of Default and Default Judgment, doc #[95], filed 5/10/2010.

Discussion regarding Plaintiff's Amended Motion for Summary Judgment Against Highwall Technologies, LLC and Rich Swier, and for Sanctions, doc #[70], filed 12/29/2009.

Mr. Bornstein makes an oral motion to withdraw doc #[70].

**ORDERED:** Plaintiff's oral motion to withdraw Plaintiff's Amended Motion for Summary Judgment Against Highwall Technologies, LLC and Rich Swier, and for Sanctions, doc #[70] is **GRANTED**. Doc #[70] is **WITHDRAWN WITHOUT PREJUDICE.**

Discussion regarding Plaintiff's Motion for Sanctions for Admitted Destruction of Evidence, doc #[54], filed 11/6/2009.

**ORDERED:** Plaintiff may file a Supplemental Brief to #[54] as it relates to MobileSecure within **10 calendar days of today's date.** Defendant may file a Response Brief within **20 calendar days**.

HEARING CONCLUDED.
**Court in recess**: 10:15 a.m.
Total time in court: 00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.