IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01897-PAB-CBS

OTO SOFTWARE, INC., a Texas corporation,

    Plaintiff,

v.

HIGHWALL TECHNOLOGIES, LLC, a Florida limited liability company,
RICH SWIER, and
MOBILESECURE, INC., a Massachusetts corporation,

    Defendants.

## ORDER

    This matter is before the Court on plaintiff OTO Software's motion pursuant to Fed. R. Civ. P. 60(a) [Docket No. 122] to correct the court's November 17, 2010 order of dismissal [Docket No. 121] so that only the remaining claim against defendant MobileSecure is dismissed and not plaintiff's claims against defendants Highwall Technologies, LLC and Rich Swier.

    The Court's order of dismissal dismissed as moot plaintiff's copyright claim against defendant MobileSecure; however, plaintiff has filed claims of copyright infringement, breach of contract, breach of the implied covenant of good faith and fair dealing, fraud and unjust enrichment against defendants Highwall Technologies, LLC and Rich Swier.  On September 13, 2010, Magistrate Judge Craig B. Shaffer granted plaintiff's motion for entry of default as to defendants Highwall and Swier, but denied plaintiff's motion for default judgment against these defendants.  [Docket No. 112].  The

Clerk entered an Entry of Default as to Highwall and Swier [Docket No. 113] on September 20, 2010.  The Court agrees with the plaintiff that the Court's order [Docket No. 121] mistakenly dismissed plaintiff's claims against Highwall Technologies, LLC and Swier.  Wherefore, it is

ORDERED that plaintiff's Motion to Correct Clerical Mistake, Oversight, and Omission [Docket No. 122] is GRANTED.  It is further

ORDERED that on or before **Monday, December 6, 2010** plaintiff shall file a Motion for Default Judgment against defendants Highwall Technologies, LLC and Rich Swier.


DATED November 19, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge