**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-01897-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   April 4, 2011** | **Courtroom Deputy:**   Linda Kahoe |

OTO SOFTWARE, INC.,                             Peter R. Bornstein

     Plaintiff,

     v.

HIGHWALL TECHNOLOGIES, LLC,           *No appearance*
RICH SWIER,                                              *No appearance*
MOBILESECURE, INC.,                               John (Jack) Markham Tanner

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:        1:32 p.m.**
Court calls case.  Appearances of counsel.

The court provides a chronology of this case.

Discussion regarding Plaintiff's Motion for Judgment Against Highwall Technologies, LLC and Rich Swier, doc #[127], filed 12/6/2010.  The court states it will not rule from the bench and it will write a recommendation.

1:46 p.m.        Plaintiff's witness, Mr. Todd Rogers (appearing by phone), is sworn.

1:47 p.m.        Direct examination of Mr. Rogers by Mr. Bornstein.

Exhibits A-N accepted by the court.

2:14 p.m.        Plaintiff's witness, Mr. Christopher Basham, is sworn.

2:15 p.m.        Direct examination of Mr. Basham by Mr. Bornstein.

Exhibit O accepted by the court.

**ORDERED:**   Within **7 business days of today's date**, Mr. Bornstein shall submit a revised request for legal fees related to the breach of agreement, and shall make other modifications to their request for damages. The court requests that the final breakdown of damages include the factual basis, the legal theory, and supporting case law and/or statutory authority.

Plaintiff's Motion for Judgment Against Highwall Technologies, LLC and Rich Swier, doc #[127], is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:        **3:24 p.m.**
Total time in court:    01:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.